

# Fourth Court of Appeals
## San Antonio, Texas

December 21, 2020

No. 04-19-00889-CR

Cameron Antoine **ROBY,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 226th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CR6809
The Honorable Velia J. Meza, Judge Presiding

# O R D E R

On October 18, 2020, this court granted appellant's request for an extension of time to file his brief and ordered appellant to file his brief by December 4, 2020. When the brief was not filed, this court then ordered appellant to file a response by December 14, 2020 explaining his failure to timely file the brief and what steps were being taken to remedy the deficiency. On December 18, 2020, appellant filed a response explaining why he has not been able to file his brief and requesting an extension until January 15, 2021 to file his brief.

After consideration, we **GRANT** appellant's request for an extension and **ORDER** appellant to file his brief **by January 15, 2021**. Further requests for an extension will be disfavored.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of December, 2020.



MICHAEL A. CRUZ, Clerk of Court